**IT IS ORDERED as set forth below:**



**Date: December 15, 2023**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-60385-lrc |
| | ) | |
| PATRICK BOVIER CHRISTOPHER, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE: LISA RITCHEY CRAIG |

---

| | | |
|---|---|---|
| B9 MF STEWART OWNER LLC, d/b/a ARBOR PLACE APARTMENTS, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | **CONTESTED MATTER** |
| PATRICK BOVIER CHRISTOPHER, Debtor, JASON L. PETTIE, Chapter 7 Trustee, | ) ) ) | |
| Respondents. | ) | |

## ORDER MODIFYING STAY

B9 MF Stewart Owner LLC, d/b/a Arbor Place Apartments, for itself, its successors and assigns, servicers, agents, and attorneys ("Movant") filed a *Motion for Relief from the Automatic Stay of 11 U.S.C. § 362* (Doc. No. 25) filed on November 17, 2023 (the "Motion"). Movant contends that it is the Lessor of the premises located at 322 Lenox Circle, Apt. 322, Douglasville,

GA 30135 (the "Property").  The Motion was scheduled for a hearing on December 14, 2023, upon Notice of Assignment of Hearing, which Movant contends it served on all parties in interest.  Movant represents that Debtor has failed to cure the pre-petition arrearage and failed to pay the post-petition rent when due.  No opposition to the Motion was offered by the Debtor, or Trustee; accordingly, it is hereby

**ORDERED** that the Motion is *granted.*  The Debtor's lease with Movant for the Property is rejected, and the automatic stay of 11 U.S.C. § 362 is modified to the extent necessary for Movant to commence and/or complete dispossessory proceedings against Debtor pursuant to applicable state law and to assert any and all of its respective rights under applicable state law as to the Property.  It is further

**ORDERED** that the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

[END OF DOCUMENT]

**Order Presented By:**

/s/ J. Mike Williams
**J. Mike Williams**
Georgia State Bar No. 765209
Fowler, Hein, Cheatwood & Williams, P.A.
2970 Clairmont Road, Suite 220
Atlanta, GA 30329
(404) 633-5114  Telephone
(404) 325-9721  Facsimile
mwilliams@apartmentlaw.com
Attorney for Movant

## DISTRIBUTION LIST

Jason L. Pettie, Trustee
Taylor English Duma
Suite 200
1600 Parkwood Circle, S.E.
Atlanta, GA 30339

Patrick Bovier Christopher
322 Lenox Circle
Apt. 322
Douglasville, GA  30135

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA  30303

J. Mike Williams, Esq.
Fowler, Hein, Cheatwood & Williams, P.A.
2970 Clairmont Road
Suite 220
Atlanta, GA  30329

L:\2MIKE\BANKRUPT\No Opp Orders\No Opp Orders 2023\Arbor Place v. Patrick Bovier Christopher-No Opposition Order 23-60385 (Hon. Lisa Ritchey Craig).docx